UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MYLES M. MCQUADE

CASE NO. 8:25-cr-547-SDM-NHA
18 U.S.C. § 875(c)
(Interstate Threat to Injure)

## INFORMATION

The Unites States Attorney charges:



### COUNT ONE
### (Interstate Threat to injure)

On or about September 12, 2025, in the Middle District of Florida, and elsewhere, the defendant,

MYLES M. MCQUADE,

did knowingly transmit, in interstate and foreign commerce, a communication containing a true threat to injure and kill the person of another, that is, U.S. CONGRESSWOMAN 1, including social media posts stating: "Niqqer. When this country falls I'm going to kill your children in front of you then cut your head off," and "[U.S. CONGRESSWOMAN 1] I'm going to kill you, you dirty subhuman nigger and I'll eat your monkey children for protein. Go back to Somalia before its too late," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

GREGORY W. KEHOE
United States Attorney

By: _____
Joseph H. Wheeler, III
Special Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section